IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LEONARD CARTER, JR., )
)
Plaintiff, )
v. ) Civil Action No. 3:17CV608-HEH
)
TRACY S. RAY, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

By Memorandum Order entered on October 17, 2017, the Court conditionally docketed Plaintiff's action. On December 11, 2017, the Court sent a third copy of the consent to collection of fees form and *in forma pauperis* affidavit to Plaintiff. The Court directed Plaintiff to return his *in forma pauperis* affidavit and affirm his intention to pay the full filing fee by signing and returning the consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within fourteen (14) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return the *in forma pauperis* affidavit and the consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a

willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                              /s/
                                    HENRY E. HUDSON

Date: Jan. 23 2018         UNITED STATES DISTRICT JUDGE
Richmond, Virginia